IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN V. WARREN**                                                                 PLAINTIFF

v.                                    No. 3:20-cv-79-DPM

**GERALD GOZA, Police Chief,
City of Egypt, Individually and in
his Official Capacity; CITY OF
EGYPT; JERRY COOK, Mayor,
Individually and in his Official
Capacity; and VELVA JOY
LINGO, Clerk/Record for City of
Egypt, Individually and in her
Official Capacity**                                                                  **DEFENDANTS**

## JUDGMENT

Warren's complaint is dismissed with prejudice. The Court retains jurisdiction until 27 January 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

28 November 2022